1  KATHERINE HART  #76715
   Attorney at Law
2  2055 San Joaquin Street
   Fresno, Ca. 93721
3
   Telephone: (559) 256-9800
4  Facsimile: (559) 256-9798

5  Attorney for Defendant
   RODOLFO VALDIVIA
6

7

8              **UNITED STATES DISTRICT COURT FOR THE**

9               **EASTERN DISTRICT OF CALIFORNIA**

10  UNITED STATES OF AMERICA,        )   CASE NO.  CR-F-99-5116 OWW
                                     )
11         Plaintiff,                )   ORDER TO RELEASE INMATE
                                     )   FOR TEMPORARY PERIOD
12  vs.                              )   OF TIME:
                                     )
13  RODOLFO VALDIVIA,                )   Release: 6/8/05 @ 5:00 p.m.
                                     )   Report Back: No later than
14         Defendant.                )   6/10/05 @ 4:30 p.m.
    _____)_____

15

16  TO:    Fresno County Jail and the Fresno County Sheriff's Office
           Federal Marshals
17         Federal Probation Department

18  GOOD CAUSE APPEARING, it is hereby ordered that inmate:

19         RODOLFO VALDIVIA, JID T00161294, Booking 0511854, DOB: 11/17/80, be

20  released from the Fresno County Jail on Wednesday afternoon, June 8, 2005 by 5:00 p.m.,

21  to take a barber test at the Board of Barbering and Cosmetology at 710 S. Central,

22  Glendale, California 91204 on Thursday, June 9, 2005 at 12:30 p.m.  At the conclusion of

23  the examination he is to return to Fresno, California where he is to report directly back to

24  the Fresno County Jail, and in no event later than Friday, June 10, 2005 at 4:30 p.m.  His

25  sister, Marcela Barajas, is to serve as his third party custodian during his period of

26  release:

27

28                                        1

1

Marcela Valdivia Barajas
2614 E. Berkley, Apt. 902
Fresno, CA
(559) 227-3207
(559) 307-0504

2

3

4

5    DATED:        June 7, 2005                    /s/ OLIVER W. WANGER
                                                   OLIVER W. WANGER,
6                                                  JUDGE OF THE EASTERN DISTRICT
                                                   OF CALIFORNIA
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                         2