UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff         )      1:99-cr-5116 REC
                              )
     v.                       )      NEW CASE NUMBER:
                              )
RODOLFO VALDIVIA,             )      1:99-cr-5116 OWW
                              )
            Defendant         )      ORDER REASSIGNING CASE
_____)
```

A petition for violation having been filed by the probation officer as to the above-named defendant;

IT IS HEREBY ORDERED that this case be reassigned from the docket of Judge Robert E. Coyle to the docket of Judge Oliver W. Wanger.

Dated: June 7, 2005                /s/ OLIVER W. WANGER
                                   _____
                                   OLIVER W. WANGER
                                   United States District Judge

1