Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER
(Probation Form 49, Waiver of Hearing, is attached)

**Offender Name:** Rodolfo Valdivia

**Docket Number:** 1:99CR05116-003

**Offender Address:**
Fresno, CA 93703

**Judicial Officer:** Honorable Oliver W. Wanger
United States District Judge
Fresno, California

**Original Sentence Date:** April 26, 1999

**Original Offense:** <u>Count 1:</u> 21 USC 846 and 841 (a)(1), Conspiracy to Distribute and Possess with the Intent to Distribute Methamphetamine; <u>Count 2:</u> 21 USC 841 (a)(1) and 18 USC 2, Attempted Distribution of Methamphetamine and Aiding and Abetting; and <u>Count 3:</u> 21 USC 841 (a)(1) and 18 USC 2, Possession of Methamphetamine with the Intent to Distribute and Aiding and Abetting.

**Original Sentence:** 57 months custody in the Bureau of Prisons; 60 months TSR; $300 SA.

**Special Conditions:** 1) Search and seizure; 2) Provide financial access; 3) Drug/alcohol treatment and testing; 4) Shall not possess a paging device or cellular phone; 5) $5 aftercare co-payment per month for treatment or testing; 6) Drug registration.

**Other Court Action:** 04/15/2005: Form 12, Petition for Revocation of Supervised Release filed in the United States District Court, Eastern District of California, alleging a single violation of supervised release.

Rev. 02/2000
PROB12B.MRG

**RE:** Valdivia, Rodolfo
      Docket Number: 1:99CR05116-003

|  |  |
|---|---|
|  | 06/27/2005: Disposition of supervised release violation; 3 months BOP; and 48 months TSR. |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | December 20, 2002 |

## PETITIONING THE COURT

[X]   **To modify the conditions of supervision as follows:**

1. The offender shall reside at the Comprehensive Sanction Center-Turning Point for a period not to exceed 120 days; said placement shall commence at the direction of the probation officer, pursuant to 18 USC 3563(b)(11). The offender shall pay the cost of confinement as determined by the Bureau of Prisons. Furthermore, the offender shall not discharge from the program unless given permission from the director of the program or the United States Probation Officer.

## **JUSTIFICATION**

The defendant reported into the office and indicated he relapsed last week and used methamphetamine. He admitted to using methamphetamine on only one occasion, but felt his drug use would escalate if left unchecked. The defendant was released from the Bureau of Prisons on July 15, 2005, following revocation of supervised release. The defendant released into the Comprehensive Sanction Center and successfully completed the program on November 15, 2005. The defendant seems to be having difficulty adjusting in the community since his release from Turning Point and recognizes he needs a structured environment to address his substance abuse issues.

Therefore, based upon the defendant's inability to abstain from illicit drug use, it is recommended he be placed into the comprehensive sanction center for a period not to exceed 120 days. This officer believes a public law placement at Turning Point will help him live a drug-free lifestyle, while enabling him to search for gainful employment and suitable living arrangements. Further, such placement will allow the probation office to closely monitor his efforts towards these goals. It should be noted he has acknowledged his willingness to modify his conditions by signing a Waiver of Hearing to Modify Conditions of Supervised Release, which is attached for the Court's review.

**RE:** Valdivia, Rodolfo
      Docket Number: 1:99CR05116-003

Respectfully submitted,

/s/ Tim Mechem
**Tim Mechem**
United States Probation Officer
Telephone: (559) 499-5731

**DATED:** March 15, 2006
      Fresno, California
      TDM

**Reviewed by:**   /s/ Bruce Vasquez
      **Bruce A. Vasquez**
      Supervising United States Probation Officer

Rev. 02/2000
PROB12B.MRG

**RE: Valdivia, Rodolfo
Docket Number: 1:99CR05116-003**

**THE COURT ORDERS:**

x  **Modification approved as recommended.**

☐  **Modification not approved at this time. Probation Officer to contact Court.**

☐  **Other:**

March 15, 2006   /s/ OLIVER W. WANGER

**Date**   **Name of Judicial Officer**

cc: United States Probation
  Assistant United States Attorney
  Assistant Federal Defender
  Defendant
  Court File

Rev. 02/2000
PROB12B.MRG